Opinion filed April 20, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed April 20, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00050-CV 

 

                                                    __________

 

                                   PALO PINTO COUNTY, Appellant

 

                                                             V.

 

       ROBERT
STEVE VEACH AND CAROLYN DEAN VEACH, Appellees

 



 

                                          On
Appeal from the 29th District Court

 

                                                      Palo
Pinto County, Texas

 

                                                 Trial Court Cause No. T-19,942

 



 

                                             M
E M O R A N D U M   O P I N I O N

Palo Pinto County has filed in this court a motion
to dismiss this appeal.  In the motion,
Palo Pinto County states that the parties have fully settled all issues in
dispute and have agreed to the March 30, 2006, amended order.  The motion is granted.

The appeal is dismissed.

 

April 20,
2006                                                              PER
CURIAM

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.